# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-5664-GW-ASx | Date | July 19, 2019 |
| Title | *Amir Pirouzian v. Children Specialists of San Diego, et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present  None Present

**PROCEEDINGS:  IN CHAMBERS - ORDER**

Based on the Defendant's Notice of State Court's Dismissal of Action Prior to the Removal [12], the removal of a dismissal case cannot provide this federal court with any subject matter jurisdiction. Therefore, the case is remanded back to state court.

:

Initials of Preparer  JG